UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELIADES ROSALES GONZALEZ,

Petitioner,

v.

ARROYO,

Respondent.

NO. C16-1844-JLR

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections or responses thereto, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. This action is DISMISSED without prejudice for failure to pay the filing fee as required by 28 U.S.C. § 1914.

3. The Clerk is directed to send copies of this Order to petitioner and to Judge Donohue.

DATED this 28th day of April, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 1